UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>KENNETH R. BUDIK,<br><br>             Defendant. | No. 2:25-CR-0051-TOR<br><br>FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' oral Motion for an Order Declaring the Preliminary Order of Forfeiture Final.

On July 23, 2025, the Court entered the Preliminary Order of Forfeiture (ECF No. 24) in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), forfeiting the following listed firearms to the United States:

- a Romarm Model GP WASR 10/63 7.62 rifle bearing serial number AG-8884-1989; and

- a Polymer 80 Model PFS9 9mm caliber pistol bearing serial number SA57694

The United States published notice of the preliminary order. See ECF No. 31 (publication dates July 30, 2025, to August 28, 2025). The time for filing petitions for said assets, as provided in Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), expired on

FINAL ORDER OF FORFEITURE ~ 1

September 28, 2025, and no petitions or claims for said assets were filed (timely or not).

In accordance with Fed. R. Crim. P. 32.2(b)(4)(A) and (B) the Preliminary Order of Forfeiture became final as to the Defendant at sentencing and was included in the Judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The Government's oral Motion for Order Declaring the Preliminary Order of Forfeiture Final is **GRANTED.**

2. The Court's July 23, 2025, Preliminary Order of Forfeiture is **FINAL** as to any and all persons and entities; the assets are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

4. The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED: October 22, 2025.

THOMAS O. RICE
United States District Judge

FINAL ORDER OF FORFEITURE ~ 2